# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 8691 | **DATE** | 4/15/2004 |
| **CASE TITLE** | THOMAS SANIAT, pro se vs. CITY OF CHICAGO, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MEMORANDUM OPINION AND ORDER

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion And Order. Plaintiff's motion for an extension of time to serve process on defendants is granted. He shall be given until July 11, 2004. As the identity of the defendants is unknown to plaintiff, he may issue subpoenas to the City of Chicago and EAR for any information they might have regarding the identity of the employees who were involved in the alleged incidents giving rise to his claims.

(11) ■ [For further detail see order attached to the original minute order.]

| | |
|---|---|
| | No notices required, advised in open court. |
| | No notices required. |
| | Notices mailed by judge's staff. |
| | Notified counsel by telephone. |
| ✓ | Docketing to mail notices. |
| | Mail AO 450 form. |
| | Copy to judge/magistrate judge. |

number of notices

date docketed 4-16-04

docketing deputy initials

Document Number 8

courtroom deputy's initials LG

Date/time received in central Clerk's Office

date mailed notice

mailing deputy initials

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THOMAS SANIAT, *pro se*,      )
                              )
            Plaintiff,        )
                              )
      vs.                     )    No. 03 C 8691
                              )
CITY OF CHICAGO, et al.,      )
                              )
            Defendants.       )

### MEMORANDUM OPINION AND ORDER

In our Memorandum Opinion and Order dated December 15, 2003, we granted in part and denied in part plaintiff Thomas Saniat's petition to proceed *in forma pauperis* on his complaint alleging civil rights violations against the City of Chicago, EAR Towing, and numerous City and EAR employees. Plaintiff was allowed to proceed on his § 1985(2) and § 1986 claims against John and Jane Doe defendants. Plaintiff had also filed a motion for appointment of counsel, which we did not rule on at that time. He has now renewed his motion for appointment of counsel and has filed for an extension of time to serve process on the John and Jane Doe defendants.

Plaintiff's motion for appointment of counsel is denied. Plaintiff declares that he has tried to obtain counsel for this matter at several legal clinics but has been unsuccessful. (It does not appear that he has sought private counsel willing to work for the attorney's fee available to prevailing parties under 42 U.S.C. § 1988.) While plaintiff's inability to obtain counsel at legal aid clinics is not necessarily indicative of the merits of his claims, it is premature to appoint an attorney to take his case. As defendants have not yet had the opportunity to respond to the complaint, we do not know whether this action will require the



assistance of an attorney. If, as the record develops, it becomes apparent that fundamental fairness requires the appointment of counsel for plaintiff, the court will reconsider this motion.

Plaintiff's motion for an extension of time to serve process on defendants is granted. He shall be given until July 11, 2004. As the identity of the defendants is unknown to plaintiff, he may issue subpoenas to the City of Chicago and EAR for any information they might have regarding the identity of the employees who were involved in the alleged incidents giving rise to his claims.

JAMES B. MORAN
Senior Judge, U. S. District Court

April 15, 2003.